738 A.2d 993

**LYNNEBROOK & WOODBROOK ASSOCIATES**
**and Dack Realty Associates,**

v.

**BOROUGH OF MILLERSVILLE and Judith**
**L. Landis and John Orlando,**

Petition of Lynnebrook & Woodbrook Associates, Dack Realty Associates, Judith L. Landis and John Orlando.

Supreme Court of Pennsylvania.

March 29, 1999.

David E. Wagenseller, III, Lancaster, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 29th day of March, 1999, we **GRANT** the Petition for Allowance of Appeal **LIMITED** to the following issues:

Whether the Supreme Court should let stand a decision that allows a developer to use a road on someone else's property to satisfy subdivision requirements, without even making the owner of that road a party to his subdivision request.

Whether the Supreme Court should let stand a decision which contradicts a 1972 decision of the Commonwealth Court regarding who must be joined as a party in a subdivision matter and deprives a property owner of due process by not requiring personal notice.